IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

UNITED STATES OF AMERICA     )
                             )
v                            )
                             )
Leticia Navarro-Falcon       )   CR. NO.  3:06cr68-MEF
_____    )

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Leticia Navarro-Falcon__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

__March 15, 2006__                 ____/s/ Leticia Navarro____
**DATE**                           **DEFENDANT**

                                   ____/s/ Richard K. Keith____
                                   **ATTORNEY FOR DEFENDANT**