COURTROOM DEPUTY'S MINUTES    DATE: 3-15-2006
MIDDLE DISTRICT OF ALABAMA    DIGITAL RECORDING: 12:31 - 12:53 pm
                              COURT REPORTER:

✓ ARRAIGNMENT        ☐ CHANGE OF PLEA        ☐ CONSENT PLEA
☐ RULE 44(c) HEARING ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql
CASE NUMBER: 3:06cr68-MEF         DEFENDANT NAME: Leticia NAVARRO-FALCON
AUSA: Redmond                      DEFENDANT ATTORNEY: Richard Keith
                                   Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
                                   ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? ( )NO; (✓)YES   Name: Beverly Childress

✓ This is defendant's **FIRST APPEARANCE**.
✓ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
✓ ORAL ORDER appointing ~~Federal Public Defender~~ Richard Keith CJA. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ✓ Not Guilty
         ☐ Guilty as to:
              ☐ Count(s):
              ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                             ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:                 ☐ WAIVER OF SPEEDY TRIAL filed.
              DISCOVERY DISCLOSURE DATE: 3-15-06
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
         ✓ Trial on _____; ☐ Sentencing on _____
✓ ORDER: Defendant remanded to custody of U.S. Marshal for:
         ✓ Trial on 7-11-06 ; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel