IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  3:06-cr-68-MEF |
| ) | |
| LETICIA NAVARRO-FALCON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as court-appointed counsel representing Leticia Navarro-Falcon in the above-styled cause.

Respectfully submitted this 17th day of March, 2006.

        s/ Richard K. Keith
        **RICHARD K. KEITH  (KEI003)**
        Attorney for Defendant
        **KEITH & HAMM, PC**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone:  (334) 264-6776
        Facsimile:   (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Susan R. Redmond, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**