IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-68-MEF |
| | ) | |
| LETICIA NAVARRO-FALCON | ) | |

### ORDER ON MOTION

For good cause shown, it is

**ORDERED** that Defendant's *Motion for Translator Fees* (Doc. 23, April 25, 2006) is GRANTED to the following extent:

1. Necessary Expenditures for fees to non-federally certified Spanish translation interpreters are authorized up to the prescribed limitations of $1,000 for the entire case, $171 for a full day, $92.00 for half a day, and $28 per hour or part thereof for overtime.

2. Because this District's federally certified interpreter for in-court matters also accommodates attorney-client interviews, prior to retaining the services of a non-federally certified interpreter, defense counsel is instructed to ascertain whether the court's interpreter can be available for any necessary interviews.

DONE THIS 2ND DAY OF MAY, 2006.

                                                     **/s/ Delores R. Boyd**
                                                   DELORES R. BOYD
                                                   UNITED STATES MAGISTRATE JUDGE