## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☐ Southern    ☒ Eastern

HON. Delores Boyd    AT Montgomery, Alabama
DATE COMMENCED 6-5-2006    @ 11:36 a.m.
DATE COMPLETED 6-5-2006    @ 11:50 a.m.

CASE NO. 3:06CR68-MEF

UNITED STATES OF AMERICA    VS.    LETICIA NAVARRO-FALCON
Plaintiff(s)    Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: Susan Redmond

Defendant(s): Richard Keith

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter: BeVi
Other:

### PROCEEDINGS:

- ☐ Motion Hearing:
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

✓ Pretrial Conference

Pending Motions: None
Discovery Status: Complete    Plea Status:
Trial Status/Length: 3 days    Trial Term: 9-11-06