IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-68-MEF |
| | ) | |
| LETICIA NAVARRO-FALCON | ) | |

## O R D E R

Upon consideration of Defendant's *Motion to Suppress Evidence and Statements; Request for Evidentiary Hearing* (Doc. 27, filed May 30, 2006), it is

**ORDERED** that the Government shall file a response to the motion on or before **July 10, 2006.** An evidentiary hearing is set at **10:00 a.m. on July 14, 2006**, in District Courtroom 4A, Frank M. Johnson United States Courthouse Complex, 1 Church Street, Montgomery, Alabama, 36104. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

DONE this 6th day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE