IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-68-MEF |
| | ) | |
| LETICIA NAVARRO-FALCON | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on June 5, 2006, before the undersigned Magistrate Judge. Present at this conference were Richard Keith, counsel for the defendant, and Assistant United States Attorney Susan Redmond, counsel for the government. As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for September 11, 2006. The trial of this case is set for the trial term commencing on September 11, 2006, before Chief United States District Judge Mark E. Fuller and is expected to last three trial days.

2. Currently pending is *Defendant's Motion to Suppress Evidence and Statements; Request for Evidentiary Hearing* (Doc. 27, filed May 30, 2006).

3. Proposed voir dire questions shall be filed on or before September 5, 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before September 5, 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the

motion.

    5. Proposed jury instructions shall be filed on or before September 5, 2006.

    6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on August 30, 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on September 11, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on September 11, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 6th day of June, 2006.

                                  **/s/ Delores R. Boyd**
                                  DELORES R. BOYD
                                  UNITED STATES MAGISTRATE JUDGE