IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
            v.                  )        CR. NO. 3:06-cr-68-MEF
                                )
LETICIA NAVARRO-FALCON          )

## ORDER ON MOTION

Upon consideration of the government's *Petition for Order Directing the United States Marshal to Release Custody of Prisoner*, construed as a *motion* for release of prisoner, filed on June 30, 2006 (Doc. 34), and for good cause, it is

**ORDERED that the *motion* be and hereby is GRANTED.**

It is further ORDERED that the United States Marshals Service shall release custody of Leticia Navarro-Falcon to Special Agent David Henderson, ICE, from July 3, 2006, through October 3, 2006, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agent David Henderson, ICE, shall return said prisoner into the custody of the United States Marshals Service when he has finished with her.

DONE this the 5TH day of July, 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE