IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  3:06-cr-0068-MEF |
| ) | |
| LETICIA NAVARRO-FALCON, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO WITHDRAW MAY 30, 2006
MOTION TO SUPPRESS EVIDENCE AND STATEMENTS
AND REQUEST FOR EVIDENTIARY HEARING**

COMES NOW, the undersigned attorney and requests that he be allowed to withdraw his Motion to Suppress Evidence and Statements and Request for Evidentiary Hearing that was filed on May 30, 2006, in the above-referenced cause.

As grounds in support thereof, the following is stated:

1.    The defendant and the government have entered into settlement negotiations, resulting in the defendant's agreement to withdraw her Motion to Suppress Evidence and Statements and Request for Evidentiary Hearing.

WHEREFORE, premises considered, the undersigned respectfully requests this Court to allow him to withdraw his Motion to Suppress Evidence and Statements and Request for Evidentiary Hearing that is currently set for a hearing on July 14, 2006.

Respectfully submitted this 11th day of July, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone:  (334) 264-6776
Facsimile:   (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan Redmond, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                                s/ Richard K. Keith
                                                **OF COUNSEL**