IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-68-MEF |
| | ) | |
| LETICIA NAVARRO-FALCON | ) | |

### ORDER ON MOTION

Upon consideration of *Defendant's Motion to Withdraw May 30, 2006 Motion to Suppress Evidence and Statements and Request for Evidentiary Hearing* (Doc. 37, filed July 11, 2006), it is

**ORDERED** that the Motion is **GRANTED**. Accordingly, the evidentiary hearing scheduled at 10:00 a.m. on Friday, July 14, 2006, is hereby **CANCELLED, the Clerk shall terminate the suppression motion (Doc.27) as "withdrawn."**

Done this 12TH day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE