IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 3:06-cr-68-MEF
)
CIPRIANO ROJAS-ANDRADE )
LETICIA NAVARRO-FALCON )

# **O R D E R**

It is hereby ORDERED that the trial of this case set for the term of court commencing on September 11, 2006 is continued to the term of court commencing on September 18, 2006 at 10:00 A.M.

DONE this the 2nd day of August, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE