IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cr-0068-MEF |
| ) | |
| LETICIA NAVARRO-FALCON, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, Leticia Navarro-Falcon, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 16th day of August, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4221
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan R. Redmond, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                                s/ Richard K. Keith
                                                **OF COUNSEL**