IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA     )
                                   )
v.                                   )         3:06-CR-68-MEF
                                   )
LETICIA NAVARRO-FALCON     )

### ORDER

Pursuant to the Defendant's *Notice of Intent to Change Plea* (Doc. 40, filed August 16, 2006),  it is hereby

**ORDERED** that this case is  set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **August 22, 2006,  at 11:15 a.m., in District Courtroom 4A**, Frank M. Johnson, Jr.  United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 17th  day of August, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE