COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

DATE: 8-22-2006
DIGITAL RECORDING: *11:17- 11:58am*
COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT    ☑ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql
CASE NUMBER: 3:06CR68-MEF    DEFENDANT NAME: Leticia NAVARRO-FALCON
AUSA: Redmond    DEFENDANT ATTORNEY: Richard Keith

Type counsel ( )Waived; ( )Retained; (✓CJA)( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: *Caple*

Interpreter present? ( )NO; (✓)YES    Name: Beverly Childress

---

☐ This is defendant's **FIRST APPEARANCE.**

☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.

☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:    ☐ Not Guilty

☑ Guilty as to:

☑ Count(s): *6, 7, 8, 9*

☑ Count(s): *1*    ☐ dismissed on oral motion of USA

☑ to be dismissed at sentencing

☑ Written plea agreement filed    ☐ **ORDERED SEALED**

☑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts *6 7 8 9*

☐ **CRIMINAL TERM:**    ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:

☐ Trial on _____; ☐ Sentencing on _____

☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

☐ Trial on _____; or ☑ Sentencing on _____

☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed

☐ Defendant requests time to secure new counsel