# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   11-21-06        AT: 9:35 a.m.
DATE COMPLETED:   11-21-06        AT: 10:15 a.m.

UNITED STATES OF AMERICA        §
                                §
vs.                             §   CR. NO. 3:06CR68-MEF
                                §
LETICIA NAVARRO-FALCON          §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan R. Redmond | | Richard Keith |

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| Jimmy Dickens, Court Reporter | Jacquelyn P. Caple, USPO |
| Barbara Wells, Law Clerk | Beverly Childress, Interpreter |
| Kelli Gregg, Courtroom Clerk | |

### COURTROOM PROCEEDINGS:

( X ) **Sentencing**

9:35 a.m. -   Court convenes.
Court gives oath and swears interpreter in.
Government states the terms of the plea agreement to the Court.
Court will GRANT Governments Motion for Downward Departure for Acceptance of Responsibility, (Doc. #52).
Court will sentence defendant pursuant to the agreement reached between the parties.
Court sentences defendant and advises her of her right to an appeal.
Government Motions the Court to Dismiss Count 1 of the Indictment.
Court will GRANT Government's Motion to Dismiss Count 1 of the Indictment.

10:15 a.m. -   Court is in recess.